THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER PORIETIS, an individual; SPRUCE REAL ESTATE, LLC, a Washington limited liability company; and RUSSELL MERRIFIELD JR., an individual,<br><br>Defendants. | No.: 3:22-CV-05560-BHS _____<br><br>NOTICE OF SETTLEMENT |

Pursuant to LCR 11(b), Plaintiff Safeco Insurance Company of America, by and through its undersigned counsel of record, notifies the Court of a settlement of this case. Plaintiff requests that the Court not dismiss this action for a period of thirty (30) days, to allow the parties to finalize the necessary documentation.

///

///

///

///

///

| | |
|---|---|
| 1 | DATED: February 24, 2023 |
| 2 | BULLIVANT HOUSER BAILEY PC |

By */s/ Michael A. Guadagno*
Michael A. Guadagno, WSBA #34633
E-mail: michael.guadagno@bullivant.com
Antoine J. Smith, WSBA #57968
E-mail: antoine.smith@bullivant.com

Attorneys for Plaintiff Safeco Insurance Company of America

4892-2857-7106.1

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Mark E. Bardwil
MARK E. BARDWIL, PS
615 Commerce Street Suite 102
Tacoma, Washington 98402
meb@markbardwil.com

*Attorney for Defendants Peter Porietis, and Spruce Real Estate, LLC*

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

Dated: February 24, 2023.

/s/ Chelsea Beisel
Chelsea Beisel, Legal Assistant

4892-2857-7106.1