THE HONORABLE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PETER PORIETIS, an individual; SPRUCE REAL ESTATE, LLC, a Washington limited liability company; and RUSSELL MERRIFIELD JR., an individual, <br><br> Defendants. | No.: 3:22-CV-05560-BHS <br><br> STIPULATION FOR AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

## I. STIPULATION

It is hereby stipulated by and between the parties hereto, through their respective undersigned attorneys, that the above-captioned cause of action has been fully settled and compromised and may be dismissed WITHOUT prejudice and without attorney fees or costs to any party.

Dated:

BULLIVANT HOUSER BAILEY PC

_____
Michael A. Guadagno, WSBA #34633
E-mail: michael.guadagno@bullivant.com
*Attorneys for Plaintiff*

Dated: 4-6-23

MARK E. BARDWIL, P.S.

_____
Mark E. Bardwil, WSBA #24776
Email: meb@markbardwil.com
*Attorney for Defendants*

## II. ORDER

Based upon the foregoing stipulation, it is ORDERED that the above-entitled cause of action is hereby DISMISSED without attorney fees or prejudice and without costs to any party.

DATED this  7th  day of April, 2023.

_____
THE HONORABLE BENJAMIN H. SETTLE

Presented by:

BULLIVANT HOUSER BAILEY PC

By_____
Michael A. Guadagno, WSBA #34633
E-mail: michael.guadagno@bullivant.com

STIPULATION FOR AND ORDER OF DISMISSAL
NO.: _____

PAGE 2

Bullivant|Houser|Bailey PC
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1  Antoine J. Smith, WSBA #57968
   E-mail: antoine.smith@bullivant.com
2
   *Attorneys for Plaintiff Safeco Insurance Company of America*
3

4  MARK E. BARDWIL, P.S.

5

6  By_____

7  Mark E. Bardwil, WSBA #24776
   Email: meb@markbardwil.com
8
   *Attorney for Defendants Peter Porietis, and*
9  *Spruce Real Estate, LLC*

10

11  4877-8000-1628.1

STIPULATION FOR AND ORDER OF DISMISSAL
NO.: _____

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

# CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF e-filing system which will send notification of such filing to the persons listed below:

Mark E. Bardwil
MARK E. BARDWIL, PS
615 Commerce Street Suite 102
Tacoma, Washington 98402
meb@markbardwil.com

*Attorney for Defendants Peter Porietis, and Spruce Real Estate, LLC*

☐ via hand delivery.
☐ via first class mail.
☐ via email
☒ CM/ECF E-service

Dated: April 6, 2023.

/s/ Chelsea Beisel
Chelsea Beisel, Legal Assistant

4877-8000-1628.1